No. 85-5337. SCHEPPF v. KING, SECRETARY, LOUISIANA DE-PARTMENT OF CORRECTIONS, ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 85-5657. RODRIGUEZ v. HOLLAHAN, WARDEN. Sup. Ct. Ariz. Certiorari denied.

No. 85-5659. MALLY v. NEW YORK UNIVERSITY. C. A. 2d Cir. Certiorari denied.

No. 85-5660. DAY v. WETTMAN, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85-5662. GROSHON v. DOUGLAS. C. A. 10th Cir. Certiorari denied.

No. 85-5664. WARDEN v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 85-5666. BURTON v. EVAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 85-5667. BURTON v. DIAMOND ET AL. C. A. 6th Cir. Certiorari denied.

No. 85-5668. MALLY v. NEW YORK UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 85-5673. STAMPS v. PIMA COUNTY SUPERIOR COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 85-5682. GREGORY v. AUGER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 85-5684. BOWEN v. FOLTZ, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85-5691. ROMER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85-5695. FRAZIER v. PLACER SAVINGS & LOAN ASSN. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 85-5719. SCANLAND v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 85-5721. COWELL v. ALABAMA. Sup. Ct. Ala. Certiorari denied.